Victor L. George, State Bar No. 110504
Wayne C. Smith, State Bar No. 122535
LAW OFFICES OF VICTOR L. GEORGE
1230 Rosecrans Avenue, Suite 405
Manhattan Beach, California 90266
Telephone: (310) 856-5410

Attorneys for Plaintiff
JOHANNA "GRETA" ELIA

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA - FRESNO

| | |
|---|---|
| JOHANNA "GRETA" ELIA<br><br>Plaintiff,<br><br>v.<br><br>SAFECO INSURANCE COMPANY, a Washington Corporation, and DOES 1-100, inclusive.<br><br>Defendants. | CASE NO.  1:01-cv-06148 REC SMS<br><br>**STIPULATION TO CONTINUE EXPERT WITNESS DISCLOSURES AND EXPERT DISCOVERY CUT-OFF** and **ORDER**<br><br>Trial Date:         August 2, 2005<br>Final Pretrial Conf.:   June 23, 2005 |

Plaintiff Johanna "Greta" Elia ("Elia"), on one hand, and Defendant Safeco Insurance Company of America ("Safeco") on the other hand, through their respective counsel, hereby stipulate and request a brief continuance of the expert witness disclosure date from May 2, 2005 to May 23, 2005; the supplemental expert witness disclosure date from May 16, 2005 to May 31, 2005; and continuance of the expert witness discovery cut-off date from May 31, 2005 to June 15, 2005.

1. The Final Pretrial Conference is currently set for June 23, 2005 and the Trial is currently set for August 2, 2005;

2. The requested continuance of the expert witness disclosure and cut-off dates will not affect the June 23, 2005 Final Pretrial Conference or the

1  August 2, 2005 trial date.

2  3. Accordingly, counsel for the parties stipulate to continue the following

3  dates:

4  (a) The expert witness disclosure date from May 2, 2005 to May 23,

5  2005;

6  (b) The supplemental expert witness disclosure date from May 16,

7  2005 to May 31, 2005; and

8  (c) The expert witness cut-off date from May 31, 2005 to June 15,

9  2005.

12  DATED: April 25, 2005                LAW OFFICES OF VICTOR L. GEORGE

14                                      By:   /s/ Wayne C. Smith
                                        WAYNE C. SMITH
15                                      Attorney for Plaintiff,
                                        JOHANNA "GRETA" ELIA

17  DATED: April 25, 2005                PAYNE & FEARS LLP
18

20                                      By:   /s/  Yoko Yagi
                                        YOKO YAGI
                                        Attorney for Defendant ,
21                                      SAFECO INSURANCE COMPANY OF
                                        AMERICA

STIPULATION TO CONTINUE EXPERT WITNESS DISCLOSURES
AND EXPERT DISCOVERY CUT-OFF

# **ORDER**

Pursuant to the foregoing stipulation, and good cause appearing, IT IS HEREBY ORDERED THAT the following dates be continued:

    (a)   The expert witness disclosure date from May 2, 2005 to May 23, 2005;

    (b)   The supplemental expert witness disclosure date from May 16, 2005 to May 31, 2005; and

    (c)   The expert witness cut-off date from May 31, 2005 to June 15, 2005.

IT IS SO ORDERED.

**Dated:   April 28, 2005**             /s/ Sandra M. Snyder
icido3                                         UNITED STATES MAGISTRATE JUDGE