UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

```
ELIA                            )
                                )    CV F 01-6148 REC
                                )
            Plaintiff,          )    NEW CASE NUMBER:
                                )
     v.                         )    CV F-01-6148 JKS
                                )
SAFECO INSURANCE                )
                                )
                                )    ORDER REASSIGNING CASE
            Defendant.          )
                                )
_____)
```

This matter is reassigned from the docket of United States District Judge Robert E. Coyle to the docket of United States District Judge James S. Singleton.

To prevent a delay in documents being received by the correct judicial officer, the new case number should now be used on all documents.

**CV F-01-6148 JKS**

**THE HEARING ON THE MOTIONS IN LIMINE WILL BE HEARD BEFORE THE HONORABLE JAMES K. SINGLETON AT ANCHORAGE, ALASKA, AT 11:00 AM California time(10:00 AM ANCHORAGE TIME) on Tuesday, September 6, 2005. Counsel may participate telephonically by calling (907) 677-6246 on the date and time indicated above.**

DATED: August 30, 2005

_____/s/ ROBERT E. COYLE_____
                ROBERT E. COYLE
          UNITED STATES DISTRICT JUDGE