Victor L. George, State Bar No. 110504
Wayne C. Smith, State Bar No. 122535
LAW OFFICES OF VICTOR L. GEORGE
1230 Rosecrans Avenue, Suite 405
Manhattan Beach, California 90266
Telephone (310) 856-5410
Facsimile (310) 856-5420

Attorneys for Plaintiff
JOHANNA "GRETA" ELIA

James L. Payne, Bar No. 107021
Yoko Yagi Lim, Bar No. 210389
PAYNE & FEARS LLP
Attorneys at Law
4 Park Plaza, Suite 1100
Irvine, California 92614
Telephone: (949) 851-1100
Facsimile: (949) 851-1212

Attorneys for Defendant
SAFECO INSURANCE COMPANY OF AMERICA

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA - FRESNO

| | |
|---|---|
| JOHANNA "GRETA" ELIA, <br><br> Plaintiff, <br><br> vs. <br><br> SAFECO INSURANCE COMPANY OF AMERICA, a Washington Corporation, and DOES 1-100, <br><br> Defendant. | CASE NO. CV F-01-6148 JKS <br><br> **STIPULATION FOR DISMISSAL OF THE ACTION** |

158

1  IT IS HEREBY STIPULATED by and between Plaintiff Johanna "Greta" Elia ("Elia") and Defendant Safeco Insurance Company of America ("Safeco") through their counsel of record, that all claims for relief in the above-captioned action brought by Elia be and hereby are dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1), with each party to bear their own costs and attorneys' fees.

DATED: September 16, 2005        By: _____

Victor L. George

Attorney for Plaintiff
Johanna "Greta" Elia

DATED: September 16, 2005        PAYNE & FEARS LLP

By: _____

James L. Payne / YOKO YAGI LIM

Attorneys for Defendant
Safeco Insurance Company of America

**ORDER**

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT ALL CLAIMS FOR RELIEF IN THE ABOVE-CAPTIONED ACTION BROUGHT BY PLAINTIFF JOHANNA "GRETA" ELIA BE, AND HEREBY ARE, DISMISSED IN THEIR ENTIRETY WITH PREJUDICE.

Dated: 9/19/05

_____
Hon. James K. Singleton
United States District Court Judge